[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 21-10460

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JUSTIN W. FIELDS,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:15-cr-00083-JRH-BKE

————————————

2                    Opinion of the Court                    21-10535

Before ROSENBAUM, GRANT and LAGOA.

PER CURIAM:

Michael Loebl, counsel for Justin Fields in this direct appeal of the revocation of supervised release and subsequent sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fields's revocation and sentence are **AFFIRMED.**